UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:17-CR-7-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYDELL NEWSOME,<br>Defendant | ORDER TO SEAL |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal Docket Entry No. 89. The Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

This the __1__ day of November 2018.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE